**Benjamin CABRERA–RIVERA, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

No. 02–71915.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 8, 2003.*

Decided Dec. 12, 2003.

Walter Rafael Pineda, Esq., Law Offices of Walter Rafael Pineda, San Francisco, CA, for Petitioner.

Regional Counsel, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, San Francisco, CA, Mark C. Walters, Esq., US Department of Justice, Washington, DC, Stephen J. Flynn, Washington, DC, for Respondent.

Before GOODWIN, WALLACE, and MCKEOWN, Circuit Judges.

MEMORANDUM **

Benjamin Cabrera–Rivera, a native and citizen of Mexico, petitions for review from the Board of Immigration Appeals' affirmance without opinion pursuant to 8 C.F.R. § 3.1(a)(7) of the Immigration Judge's denial of his application for asylum and withholding of deportation. Cabrera–Rivera's sole contention on appeal is that the BIA's decision without opinion fails to comport with due process requirements. This assertion is foreclosed by by this court's decision in *Carriche v. Ashcroft*, 350 F.3d 845, 850–52 (9th Cir.2003).

PETITION FOR REVIEW DENIED.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

